# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NORTH CAROLINA

~~NO. 23-CR-00042~~

5:23-CR-42-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AHMAD RASHAD MCCLAIN | ORDER DEEMING THE NOTICE OF APPEAL TIMELY FILED |

This Matter, having come before the Court on Defendant-Appellant's Motion to Deem Notice of Appeal Timely Filed is granted due to inexcusable neglect and good cause shown in his Notice and Motion.

It is ORDERED, ADJUDGED AND DECREED that the Defendant-Appellant's Notice of Appeal has been timely filed.

Signed this 5 day of August, 2024.

_____
Hon. James C. Dever III
U.S. District Court Judge